Occidental Construction Company, Respondent, v. Charles Miller, Appellant, Impleaded with Leonor F. Loree. (Nos. 1 and 2.) — In each case order affirmed, with ten dollars costs and disbursements. No opinion.

The City of New York, Respondent, v. Gilbert H. Montague, as Receiver of Fulton Street Railroad Company, and Others, Respondents, Impleaded with New York Railways Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob Gotthoffer, Appellant, v. Philip Weinstein and Max Weinstein, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. McKinley Storage and Van Company, Appellant, v. William J. Gaynor, Mayor of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Theodore A. Liebler and George C. Tyler, Respondents, v. Lee Shubert, Defendant. The Shubert Theatrical Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Charles Gumaelius, Appellant, v. The Warden of the City Prison of the City of New York, Respondent.— Order affirmed. No opinion.

Sarah H. Wentworth, Plaintiff, v. Barney Goldman and Others, Defendants, Impleaded with Chelsea Exchange Bank, Appellant, and Jennie Freeman, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Florence Kennard, Appellant, v. Al Ringling and Others, Doing Business under the Firm Name and Style of Ringling Brothers, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Maurice Salomon and Samuel Salomon, Respondents, v. W. J. Farrell Company, Inc., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Solomon Bernstein.— Motion granted, unless appellant complies with terms stated in order..

The People of the State of New York v. Patrick A. Campbell.— Motion granted.

The People of the State of New York v. Sarah Ladin.— Motion granted.

The People of the State of New York v. Daniel O'Reilly.— Motion granted, unless appellant complies with terms stated in order.

The People of the State of New York v. Thomas Watson.— Motion granted.

The People of the State of New York ex rel. Yetta Nadero v. Michael Kocheski.— Motion granted.

Commissioners of Public Charities v. John Strauss.— Motion granted.

Woodmont Realty Company v. Pietro Indelli.— Motion granted, with ten dollars costs.

Metropolitan Trust Company v. James A. Moore.— Motion denied, with ten dollars costs.